# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146614

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  146614
COA:  309499
Wayne CC:  10-010344-FH

RODELL BROWN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 6, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals.  That court shall treat the defendant's claim of appeal, filed in Docket No. 307163, as having been timely filed and shall reinstate the appeal.  The defendant's attorney acknowledges that the defendant did not contribute to the delay in filing and admits his sole responsibility for the error.  Accordingly, the defendant was deprived of his appeal of right as a result of constitutionally ineffective assistance of counsel.  See *Roe v Flores-Ortega,* 528 US 470, 477; 120 S Ct 1029; 145 L Ed 2d 985 (2000); *Peguero v United States,* 526 US 23, 28; 119 S Ct 961; 143 L Ed 2d 18 (1999).

      Costs are imposed against the attorney, only, in the amount of $250, to be paid to the Clerk of this Court.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

s0520